

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS CRAIN                              CIVIL ACTION

VERSUS                                   NUMBER: 06-1618

N. BURL CAIN, WARDEN                     SECTION: "F"(5)

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Louis Crain, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 31ST day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____