

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 NOV 21 PM 3: 38

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS CRAIN                              CIVIL ACTION

VERSUS                                   NUMBER: 06-1618

N. BURL CAIN, WARDEN                     SECTION: "F"(5)

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Louis Crain, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 21ST day of NOVEMBER, 2007.

UNITED STATES DISTRICT JUDGE

___ Fee___
___ Process___
X   Dktd___
___ CtRmDep___
___ Doc. No___