

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LOUIS CRAIN                                    CIVIL ACTION

VERSUS                                         NUMBER: 06-1618

N. BURL CAIN, WARDEN                           SECTION: "F"(5)

### JUDGMENT

The Court, having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there is judgment in favor of respondent and against petitioner, dismissing petitioner's application for writ of habeas corpus with prejudice.

New Orleans, Louisiana, this 21ST day of NOVEMBER, 2007.

UNITED STATES DISTRICT JUDGE

Fee_____
Process_____
X Dktd_____
  CtRmDep_____
  Doc. No_____