

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 07-31144
USDC No. 2:06-CV-1618

U.S. COURT OF APPEALS
F I L E D
JUN 1 3 2008
CHARLES R. FULBRUGE III
CLERK

LOUIS CRAIN

Petitioner-Appellant

v.

BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY

Respondent-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana

O R D E R:

    Louis Crain, Louisiana prisoner # 274164, was convicted by a jury of aggravated rape and received a sentence of life imprisonment. He seeks a certificate of appealability (COA) to appeal the district court's dismissal on the merits of his 28 U.S.C. § 2254 petition challenging this conviction. Before this court, Crain does not repeat his contention that the evidence was insufficient to support his conviction because the victim's testimony was not corroborated by physical evidence. This claim is deemed abandoned. *See Hughes v. Johnson*, 191 F.3d 607, 613 (5th Cir. 1999).

    Crain does assert that the evidence was insufficient to support his aggravated rape conviction because the State failed to present sufficient evidence to establish that the victim suffered from a mental infirmity. He also

contends that his counsel rendered ineffective assistance by failing to object to this deficiency or move for a new trial. Crain has not established that "reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *see also Miller-el v. Cockrell*, 537 U.S. 322, 327 (2003). Consequently, his motion for a COA is DENIED. Crain's motion to proceed in forma pauperis on appeal is likewise DENIED.

Crain requests the appointment of counsel to review and amend his appellate filings. This motion is DENIED. *See Schwander v. Blackburn*, 750 F.2d 494, 502 (5th Cir. 1985).

PRISCILLA R. OWEN
UNITED STATES CIRCUIT JUDGE

2

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana   Deputy