U.S. COURT OF APPEALS
FILED
NOV 18 2008
CHARLES R. FULBRUGE III
CLERK

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   NOV 19 2008
LORETTA G. WHYTE
CLERK

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

William K. Suter
Clerk of the Court
(202) 479-3011

November 10, 2008

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

Re: Louis Crain
v. Burl Cain, Warden
No. 08-6193
(Your No. 07-31144)

CN 06-1618-F

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter

William K. Suter, Clerk

Fee_____
Process_____

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**CHARLES R. FULBRUGE III**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 18, 2008

Ms Loretta Whyte, Clerk
Eastern District of Louisiana, New Orleans
United States District Court
Room C-151
500 Poydras Street
New Orleans, LA 70130

        No. 07-31144 Crain v. Cain
        USDC No. 2:06-CV-1618

Enclosed is a copy of the Supreme Court order denying certiorari.

        Sincerely,

        CHARLES R. FULBRUGE III, Clerk

By: *Charlene A. Vogelaar*
    Charlene Vogelaar, Deputy Clerk
    504-310-7648

MDT-1